# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2016/ *21* |
| | ) | |
| | ) | INDICTMENT |
| v | ) | |
| | ) | _____Violations_____ |
| 1. JOANNE V. BENJAMIN, | ) | Conspiracy to Defraud the United States |
| 2. SYLVIA P. BENJAMIN, | ) | 18 U.S.C. §286 |
| 3. LYNELL HUGHES, | ) | Theft of Government Property |
| 4. THEMA LIVERPOOL, | ) | 18 U.S.C. §641 |
| 5. JACINTA A. GUSSIE, | ) | Aggravated Identity Theft |
| 6. INDICA GREENIDGE, | ) | 18 U.S.C §1028A(1) |
| 7. NISHA BRATHWAITE, | ) | |
| 8. DARLEEN THOMPSON, | ) | |
| 9. NICOLETTE ALEXANDER and | ) | |
| 10. SHEBA RASHIDA YOUNG, | ) | |
| | ) | |
| _____Defendants.__ | ) | |

THE GRAND JURY CHARGES THAT:

<u>INTRODUCTION</u>

At all times material to this indictment:

1.     All defendants were friends or associates of one another.  JOANNE V. BENJAMIN and SYLVIA P. BENJAMIN were sisters.  JACINTA A. GUSSIE was the mother of THEMA LIVERPOOL.  DARLEEN THOMPSON was JOANNE V. BENJAMIN's sister-in-law.

2.     All defendants resided in the United State Virgin Islands and none of them were employed outside the territory.

3.     Virgin Islands residents generally filed their tax returns with the Virgin Islands Bureau of Internal Revenue (BIR).  The BIR did not have a system

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 2

that allowed taxpayers to file tax returns electronically.  Taxpayers signed and filed their tax returns by mail or physically with one of BIR's offices.

4.  For the convenience of taxpayers and to expedite the processing of refunds, the Internal Revenue Service (IRS) had a system that permitted taxpayers to file returns electronically and to designate a bank or pre-paid debit card account for the deposit of refunds.  Such returns could be filed from any computer anywhere with an Internet connection.  An electronic filer was not required to sign the tax return.  Instead, the filer would provide an identification number in lieu of a signature.  The system permitted only one return to be filed for each taxpayer per year.  Typically, IRS would process electronic returns within a few weeks of filing.

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 3

## COUNT 1
### (Conspiracy to Defraud the United States)

Paragraphs 1 through 4 above are re-alleged and incorporated herein by reference.

From January 2011 through July 2012, at St. Croix, in the District of the Virgin Islands and elsewhere, the defendants,

**JOANNE V. BENJAMIN,  SYLVIA P. BENJAMIN, LYNELL HUGHES,
THEMA LIVERPOOL, JACINTA A. GUSSIE, INDICA GREENIDGE,
NISHA BRATHWAITE, DARLEEN THOMPSON, NICOLETTE ALEXANDER,
SHEBA RASHIDA YOUNG**

and others known and unknown to the grand jury, knowingly and willfully entered an agreement with each other to defraud the United States, that is, the Internal Revenue Service, by obtaining and aiding to obtain the payment of false and fraudulent claims, as described below,

in violation of Title 18, United States Code, Section 286.

<u>THE SCHEME TO DEFRAUD THE GOVERNMENT AND STEAL FUNDS</u>

1.  During the years 2011 and 2012 the defendants participated in a scheme to steal money from the United States treasury by fraudulently obtaining federal income tax refunds.

2.  The scheme involved: a) the acquisition of personal identifying information (PII) of individuals (i.e. name, social security number and date of birth); b) the acquisition of bank account and prepaid debit card numbers for the deposit of falsely claimed refunds; c) the filing of tax returns with a designation of refunds to the acquired bank accounts or debit cards; and d) the withdrawal of illegal refund deposits.  Each defendant participated in one or more of these phases.

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 4

## AFFIRMATIVE ACTS TO DEFRAUD AND OBTAIN FALSE CLAIM PAYMENTS

In furtherance of the scheme,

1.    The defendants acquired PII for numerous individuals, some with and others, without their knowledge or consent.

2.    The defendants caused income tax returns, for tax years 2010 and 2011, to be electronically filed in the individuals' names using their correct social security number and date of birth.   However they falsified the income earned, tax withholding amount, credits, address, employer, occupation, and other information and thereby claiming refunds to which they were not entitled.

3.    The defendants designated bank accounts or prepaid debit cards for receipt of the refunds.  When they learned that certain income, withholding and credit amounts generated refund payments the defendants utilize those same numbers on multiple tax returns.

4.    The defendants withdrew the deposited refunds, spent them using a debit card or transferred them to other accounts all for personal use.

5.    As a result of the scheme, the defendants received hundreds of thousands of dollars in illegal tax refunds.

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 5

## COUNTS 2 - 8
### (Theft of Government Money)

Between January 2011 and October 2011 at St. Croix, in the District of the

Virgin Islands and elsewhere, the defendant,

## JOANNE V. BENJAMIN,

while aided and abetted by others, did: a) steal United States currency, of the

value of in excess of $1,000.00 as described in the chart below, of the goods and

property of the United States; and b) willfully and knowingly receive, conceal and

retain stolen property of the United States, that is, United States currency of a

value in excess of $1,000.00 as described in the chart below, with intent to

convert said property to her own use, Joanne V. Benjamin then knowing said

property to have been stolen, to wit: by filing, and causing to be filed, false tax

returns in the name of others, directing the refunds to be deposited in her bank

account (i.e., 589-20-36915 at Bank of Nova Scotia re Counts 2 to 7 and 590-

293499 at Banco Popular re Count 8) and withdrawing such funds,

| Count | Taxpayer Name Used | Tax Year | Refund Amount | Date of Refund Deposit |
|-------|--------------------|----------|---------------|------------------------|
| 2 | Clifton Fahie | 2010 | $2,854.00 | 09/16/11 |
| 3 | Kendal Freeman | 2010 | $6,626.00 | 09/16/11 |
| 4 | Maxine Sheriff | 2010 | $5,776.00 | 09/16/11 |
| 5 | Kashawn Smith | 2010 | $4,154.00 | 09/16/11 |
| 6 | Leona Javois | 2010 | $3,204.00 | 09/30/11 |
| 7 | Simona Ogarro | 2010 | $2,425.00 | 09/30/11 |
| 8 | Reuben Allen | 2010 | $3,995.00 | 10/14/11 |
|   | Total |   | $29,034.00 |   |

in violation of Title 18, United States Code, Section 641.

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 6

## COUNTS 9 - 13
## (Aggravated Identity Theft)

Between January 2012 and July 2012 at St. Croix, in the District of the

Virgin Islands and elsewhere, the defendant,

## JOANNE V. BENJAMIN

while aided and abetted by others, did knowingly use, without lawful authority, a

means of identification of another person, that is, their name and social security

number, during and in relation to a felony violation of 18 U.S.C. § 641, knowing

that the means of identification belonged to another actual person, as detailed in

the chart below, to wit: by filing and causing to be filed false tax returns in the

name, and with the social security numbers, of others,

| Count | Taxpayer Name Used | Tax Year | Date Return Filed |
|-------|--------------------|----------|-------------------|
| 9     | Rudolph Henry, Jr. | 2011     | 01/17/12          |
| 10    | Sherrymae James    | 2011     | 07/11/12          |
| 11    | Sidone Lake        | 2011     | 01/17/12          |
| 12    | Alberto Lawrence   | 2011     | 01/17/12          |
| 13    | Othni Thomas       | 2011     | 01/17/12          |

in violation of Title 18, United States Code, Section 1028A(a)(1).

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 7

## COUNTS 14 - 23
## (Theft of Government Money)

From January 2011 to May 2012 at St. Croix, in the District of the Virgin Islands and elsewhere, the defendant,

### SYLVIA P. BENJAMIN,

while aided and abetted by others, did: a) steal United States currency, of the value of in excess of $1,000.00 as described in the chart below, of the goods and property of the United States; and b) willfully and knowingly receive, conceal and retain stolen property of the United States, that is, United States currency of a value in excess of $1,000.00 as described in the chart below, with intent to convert said property to her own use, Sylvia P. Benjamin then knowing said property to have been stolen, to wit: by filing, and causing to be filed, false tax returns in her name and the name of others, directing the refunds to be deposited in her bank account (i.e., 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 at Banco Popular re Cts 14-20, 23 and 589-2037595 at Bank of Novia Scotia re Cts 21, 22) and withdrawing such funds,

| Count | Taxpayer Name Used | Tax Year | Refund Amount | Date of Refund Deposit |
|-------|--------------------|----------|---------------|------------------------|
| 14 | Yvonne Andrews | 2010 | $7,538.00 | 09/30/11 |
| 15 | Valborg Hansen | 2010 | $4,179.00 | 9/30/11 |
| 16 | Mauretta Hazel | 2010 | $2,854.00 | 10/14/11 |
| 17 | Augustin Jules | 2010 | $2,854.00 | 10/14/11 |
| 18 | Victor Sigrid | 2010 | $2,854.00 | 10/14/11 |
| 19 | Nakima Simmonds | 2011 | $6,251.00 | 01/25/12 |
| 20 | Sylvia Benjamin | 2011 | $6,377.00 | 02/03/12 |
| 21 | Maurtha Hazel | 2011 | $3,122.00 | 02/14/12 |
| 22 | Augustin Jules | 2011 | $3,122.00 | 02/21/12 |
| 23 | Shawki Thomas | 2011 | $4,736.00 | 05/31/12 |
| | Total | | $43,887.00 | |

in violation of Title 18, United States Code, Section 641.

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 8

## COUNTS 24 - 30
### (Aggravated Identity Theft)

From January 2012 to July 2012 at St. Croix, in the District of the Virgin

Islands and elsewhere, the defendant,

### SYLVIA P. BENJAMIN

while aided and abetted by others, did knowingly use, without lawful authority, a

means of identification of another person, that is, their name and social security

number, during and in relation to a felony violation of 18 U.S.C. § 641, knowing

that the means of identification belonged to another actual person, as detailed in

the chart below, to wit: by filing and causing to be filed false tax returns in the

name, and with the social security numbers, of others,

| Count | Taxpayer Name Used | Tax Year | Date Return Filed |
|-------|--------------------|----------|-------------------|
| 24 | Patricia Andrews | 2011 | 01/1712 |
| 25 | Kamal Greenidge | 2011 | 02/24/12 |
| 26 | Augustin Jules | 2011 | 01/3112 |
| 27 | Nakima Simmonds | 2011 | 01/17/12 |
| 28 | Maurtha Hazel | 2011 | 01/30/12 |
| 29 | Shawki Thomas | 2011 | 02/26/12 |
| 30 | Sigrid Victor | 2010 | 10/06/11 |

in violation of Title 18, United States Code, Section 1028A(a)(1).

USA vs Benjamin, Et. Al., 2016/_____
USAO No: 2012R363
Indictment Page 9

## COUNTS 31 - 36
### (Theft of Government Money)

From January 2011 to February 2012 at St. Croix, in the District of the

Virgin Islands and elsewhere, the defendant,

### LYNELL HUGHES,

while aided and abetted by others, did: a) steal United States currency, of the

value of in excess of $1,000.00 as described in the chart below, of the goods and

property of the United States; and b) willfully and knowingly receive, conceal and

retain stolen property of the United States, that is, United States currency of a

value in excess of $1,000.00 as described in the chart below, with intent to

convert said property to her own use, Lynell Hughes then knowing said property

to have been stolen, to wit: by filing, and causing to be filed, false tax returns in

her name and the name of others, directing the refunds to be deposited in her

bank account (i.e., 590-285042 at Banco Popular) and withdrawing such funds,

| Count | Taxpayer Name Used | Tax Year | Refund Amount | Date of Refund Deposit |
|-------|--------------------|----------|---------------|------------------------|
| 31 | Brenda Lee Laudat | 2010 | $2,854.00 | 09/16/11 |
| 32 | Kareem Quildan | 2010 | $2,854.00 | 10/21/11 |
| 33 | Arkeisha Hughes | 2011 | $4,846.00 | 01/27/12 |
| 34 | Lynell Hughes | 2011 | $10,829.00 | 01/27/12 |
| 35 | Woolton G. Hughes | 2011 | $2,959.00 | 02/08/12 |
| 36 | Yurida Duke | 2011 | $1,100.00 | 02/29/12 |
| | Total | | $25,442.00 | |

in violation of Title 18, United States Code, Section 641.

USA vs Benjamin, Et. Al., 2016/_____
USAO No: 2012R363
Indictment Page 10

## COUNTS 37 - 46
### (Aggravated Identity Theft)

From January 2012 to July 2012 at St. Croix, in the District of the Virgin

Islands and elsewhere, the defendant,

### LYNELL HUGHES

while aided and abetted by others, did knowingly use, without lawful authority, a

means of identification of another person, that is, their name and social security

number, during and in relation to a felony violation of 18 U.S.C. § 641, knowing

that the means of identification belonged to another actual person, as detailed in

the chart below, to wit: by filing and causing to be filed false tax returns in the

name, and with the social security numbers, of others,

| Count | Taxpayer Name Used | Tax Year | Date Return Filed |
|-------|--------------------|----------|-------------------|
| 37 | George Daley | 2011 | 01/17/12 |
| 38 | Yurida Duke | 2011 | 02/02/12 |
| 39 | Timmeika Evans | 2011 | 01/29/12 |
| 40 | Timmisha U. Evans | 2011 | 01/31/12 |
| 41 | Arkeisha Hughes | 2011 | 01/19/12 |
| 42 | Catherine Hughes | 2011 | 01/17/12 |
| 43 | Woolton G. Hughes | 2011 | 01/26/12 |
| 44 | Sheldon Isles | 2011 | 01/17/12 |
| 45 | Brenda Lee Laudat | 2011 | 01/17/12 |
| 46 | Euland Matthew | 2011 | 05/05/12 |

in violation of Title 18, United States Code, Section 1028A(a)(1).

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 11

## COUNTS 47 - 53
### (Theft of Government Money)

From January 2011 to February 2012 at St. Croix, in the District of the

Virgin Islands and elsewhere, the defendant,

### THEMA LIVERPOOL,

while aided and abetted by others, did: a) steal United States currency, of the

value of in excess of $1,000.00 as described in the chart below, of the goods and

property of the United States; and b) willfully and knowingly receive, conceal and

retain stolen property of the United States, that is, United States currency of a

value in excess of $1,000.00 as described in the chart below, with intent to

convert said property to her own use, Thema Liverpool then knowing said

property to have been stolen, to wit: by filing, and causing to be filed, false tax

returns in her name and the name of others, directing the refunds to be deposited

in her bank account (i.e., 190-151854 at Banco Popular re Counts 47, 48, 50, 53

and First Bank 712-10-85752 re Cts 49, 51 and 52) and withdrawing such funds,

| Count | Taxpayer Name Used | Tax Year | Refund Amount | Date of Refund Deposit |
|-------|--------------------|----------|---------------|------------------------|
| 47 | Gregory Charles | 2011 | $2,596.00 | 01/30/12 |
| 48 | Olivia Joseph | 2011 | $11,852.71 | 02/01/12 |
| 49 | Thema Liverpool | 2011 | $6,404.00 | 02/01/12 |
| 50 | Corinthia Abraham | 2011 | $9,254.00 | 02/03/12 |
| 51 | Edowin Poleon | 2011 | $10,019.00 | 02/06/12 |
| 52 | Estervina Benscombe | 2011 | $10,254.00 | 02/07/12 |
| 53 | Jill Cook | 2011 | $2,596.00 | 02/08/12 |
|  | Total |  | $52,975.71 |  |

in violation of Title 18, United States Code, Section 641.

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 12

## COUNTS 54 - 67
### (Aggravated Identity Theft)

From January 2012 to July 2012 at St. Croix, in the District of the Virgin

Islands and elsewhere, the defendant,

### THEMA LIVERPOOL

while aided and abetted by others, did knowingly use, without lawful authority, a

means of identification of another person, that is, their name and social security

number, during and in relation to a felony violation of 18 U.S.C. § 641, knowing

that the means of identification belonged to another actual person, as detailed in

the chart below, to wit: by filing and causing to be filed false tax returns in the

name, and with the social security numbers, of others,

| Count | Taxpayer Name Used | Tax Year | Date Return Filed |
|-------|--------------------|----------|-------------------|
| 54 | Corinthia Abraham | 2011 | 01/19/12 |
| 55 | Melvine Adams, Sr. | 2011 | 01/24/12 |
| 56 | Estervina Benscombe | 2011 | 01/19/12 |
| 57 | Jill Cook | 2011 | 01/18/12 |
| 58 | Gregory Charles | 2011 | 01/19/12 |
| 59 | Shamari Elmes | 2011 | 05/20/12 |
| 60 | Darwin Heywood | 2011 | 01/23/12 |
| 61 | Olivia Joseph | 2011 | 01/17/12 |
| 62 | Cathy Jules | 2011 | 01/30/12 |
| 63 | Hyacinth Regis | 2011 | 01/26/12 |
| 64 | Edowin Poleon | 2011 | 01/23/12 |
| 65 | Asha Felix | 2011 | 05/26/12 |
| 66 | Ira Mercer | 2011 | 05/26/12 |
| 67 | Taqiyya Shabazz | 2011 | 05/30/12 |

in violation of Title 18, United States Code, Section 1028A(a)(1).

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 13

## COUNTS 68 - 71
### (Theft of Government Money)

From January 2011 to February 2012 at St. Croix, in the District of the

Virgin Islands and elsewhere, the defendant,

### JACINTA A. GUSSIE,

while aided and abetted by others, did: a) steal United States currency, of the

value of in excess of $1,000.00 as described in the chart below, of the goods and

property of the United States; and b) willfully and knowingly receive, conceal and

retain stolen property of the United States, that is, United States currency of a

value in excess of $1,000.00 as described in the chart below, with intent to

convert said property to her own use, Jacinta A. Gussie then knowing said

property to have been stolen, to wit: by filing, and causing to be filed, false tax

returns in the name of others, directing the refunds to be deposited in her bank

account (i.e., 190-120185 at Banco Popular re Counts 68, 69, 71 and 65305316

at Bank of Novia Scotia re Count 70) and withdrawing such funds,

| Count | Taxpayer Name Used | Tax Year | Refund Amount | Date of Refund Deposit |
|-------|--------------------|----------|---------------|------------------------|
| 68 | Gregory Charles | 2010 | $2,854.00 | 09/30/11 |
| 69 | Jill Cook | 2010 | $2,533.11 | 09/30/11 |
| 70 | Darille Gussie | 2010 | $8,538.00 | 09/30/11 |
| 71 | Shantelle Pierre | 2011 | $5,578.00 | 02/17/12 |
| | Total | | $19,503.11 | |

in violation of Title 18, United States Code, Section 641.

USA vs Benjamin, Et. Al., 2016/_____
USAO No: 2012R363
Indictment Page 14

## COUNTS 72 - 76
## (Aggravated Identity Theft)

From September 2011 to July 2012 at St. Croix, in the District of the Virgin

Islands and elsewhere, the defendant,

### JACINTA A. GUSSIE

while aided and abetted by others, did knowingly use, without lawful authority, a

means of identification of another person, that is, their name and social security

number, during and in relation to a felony violation of 18 U.S.C. § 641, knowing

that the means of identification belonged to another actual person, as detailed in

the chart below, to wit: by filing and causing to be filed false tax returns in the

name, and with the social security numbers, of others,

| Count | Taxpayer Name Used | Tax Year | Date Return Filed |
|-------|--------------------|----------|-------------------|
| 72 | Jill Cook | 2010 | 09/19/11 |
| 73 | Jen Christmas | 2011 | 01/17/12 |
| 74 | George Bondieumaitre | 2011 | 01/1/8/12 |
| 75 | Darille Gussie | 2011 | 01/17/12 |
| 76 | Shantelle Pierre | 2011 | 02/07/12 |

in violation of Title 18, United States Code, Section 1028A(a)(1).

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 15

## COUNTS 77 - 86
## (Theft of Government Money)

From January 2011 to February 2012 at St. Croix, in the District of the

Virgin Islands and elsewhere, the defendant,

### INDICA GREENIDGE,

while aided and abetted by others, did: a) steal United States currency, of the

value of in excess of $1,000.00 as described in the chart below, of the goods and

property of the United States; and b) willfully and knowingly receive, conceal and

retain stolen property of the United States, that is, United States currency of a

value in excess of $1,000.00 as described in the chart below, with intent to

convert said property to her own use, Indica Greenidge then knowing said

property to have been stolen, to wit: by filing, and causing to be filed, false tax

returns in the name of others, directing the refunds to be deposited in her Banco

Popular accounts (i.e., 191-253502 re Counts 77, 79, 80, 83, 85 and 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

re Counts 78, 81, 82, 84, 86) and withdrawing such funds,

| Count | Taxpayer Name Used | Tax Year | Refund Amount | Date of Refund Deposit |
|-------|--------------------|----------|---------------|------------------------|
| 77 | Nicole Benjamin | 2010 | $6,626.00 | 09/23/11 |
| 78 | Agnita Emmanuel | 2010 | $8,538.00 | 09/23/11 |
| 79 | Kiamaree Lang | 2010 | $2,854.00 | 09/23/11 |
| 80 | Vivian Mason | 2010 | $8,888.00 | 09/23/11 |
| 81 | Marcelina Augustin | 2010 | $6,626.00 | 10/07/11 |
| 82 | Suzana Concepcion | 2010 | $6,626.00 | 10/07/11 |
| 83 | Kendra Jeffers | 2011 | $8,176.00 | 01/24/12 |
| 84 | Jessica Ayala | 2011 | $8,329.00 | 01/30/12 |
| 85 | Elizabeth Felix | 2011 | $9,254.00 | 02/01/12 |
| 86 | Zita Laurencin | 2011 | $9,254.00 | 02/01/12 |

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 16

| | Total | | $75,171.00 | |
|---|---|---|---|---|

in violation of Title 18, United States Code, Section 641.

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 17

## COUNTS 87 - 91
## (Aggravated Identity Theft)

From January 2012 to July 2012 at St. Croix, in the District of the Virgin Islands and elsewhere, the defendant,

## INDICA GREENIDGE

while aided and abetted by others, did knowingly use, without lawful authority, a means of identification of another person, that is, their name and social security number, during and in relation to a felony violation of 18 U.S.C. § 641, knowing that the means of identification belonged to another actual person, as detailed in the chart below, to wit: by filing and causing to be filed false tax returns in the name, and with the social security numbers, of others,

| Count | Taxpayer Name Used | Tax Year | Date Return Filed |
|-------|--------------------|----------|-------------------|
| 87 | Jessica Ayala | 2011 | 01/17/12 |
| 88 | Elizabeth Felix | 2011 | 01/18/12 |
| 89 | Kendra Jeffers | 2011 | 01/17/12 |
| 90 | Zita Laurencin | 2011 | 01/18/12 |
| 91 | Deshawn Nelson | 2011 | 01/18/12 |

in violation of Title 18, United States Code, Section 1028A(a)(1).

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 18

## COUNTS 92 - 94
### (Theft of Government Money)

From January 2011 to September 2011 at St. Croix, in the District of the

Virgin Islands and elsewhere, the defendant,

### NISHA BRATHWAITE,

while aided and abetted by others, did: a) steal United States currency, of the

value of in excess of $1,000.00 as described in the chart below, of the goods and

property of the United States; and b) willfully and knowingly receive, conceal and

retain stolen property of the United States, that is, United States currency of a

value in excess of $1,000.00 as described in the chart below, with intent to

convert said property to her own use, Nisha Brathwaite then knowing said

property to have been stolen, to wit: by filing, and causing to be filed, false tax

returns in the name of others, directing the refunds to be deposited in her account

(i.e., No. 0449-6008777 at Bank of Novia Scotia re Counts 92, 93 and Card No.

410-4891327053442 re Count 94) and withdrawing such funds,

| Count | Taxpayer Name Used | Tax Year | Refund Amount | Date of Refund Deposit |
|-------|--------------------|----------|---------------|------------------------|
| 92 | Rinel Ferdinand | 2010 | $4,229.00 | 09/16/11 |
| 93 | Alan Motta | 2010 | $4,179.00 | 09/16/11 |
| 94 | Nisha Brathwaite | 2011 | $8,400.00 | 04/12/12 |
| | Total | | $16,808.00 | |

in violation of Title 18, United States Code, Section 641.

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 19

## COUNTS 95 - 97
## (Theft of Government Money)

From January 2012 to June 2012 at St. Croix, in the District of the Virgin

Islands and elsewhere, the defendant,

## DARLEEN THOMPSON,

while aided and abetted by others, did: a) steal United States currency, of the

value of in excess of $1,000.00 as described in the chart below, of the goods and

property of the United States; and b) willfully and knowingly receive, conceal and

retain stolen property of the United States, that is, United States currency of a

value in excess of $1,000.00 as described in the chart below, with intent to

convert said property to her own use, Darleen Thompson then knowing said

property to have been stolen, to wit: by filing, and causing to be filed, false tax

returns in her name and the name of others, directing the refunds to be deposited

in her Bank of America account (i.e., No. 898-038-535979) and withdrawing such

funds,

| Count | Taxpayer Name Used | Tax Year | Refund Amount | Date of Refund Deposit |
|-------|--------------------|----------|---------------|------------------------|
| 95 | Darleen Thompson | 2011 | $3,178.00 | 020/8/12 |
| 96 | Chanel James | 2011 | $4,497.00 | 06/06/12 |
| 97 | Roxanne D. Lettsome | 2011 | $2,632.00 | 06/06/12 |
| | Total | | $10,307.00 | |

in violation of Title 18, United States Code, Section 641.

USA vs Benjamin, Et. Al., 2016/_____
USAO No: 2012R363
Indictment Page 20

## COUNTS 98 - 99
### (Aggravated Identity Theft)

From January 2012 to July 2012 at St. Croix, in the District of the Virgin

Islands and elsewhere, the defendant,

### DARLEEN THOMPSON

while aided and abetted by others, did knowingly use, without lawful authority, a

means of identification of another person, that is, their name and social security

number, during and in relation to a felony violation of 18 U.S.C. § 641, knowing

that the means of identification belonged to another actual person, as detailed in

the chart below, to wit: by filing and causing to be filed false tax returns in the

name, and with the social security numbers, of others,

| Count | Taxpayer Name Used | Tax Year | Date Return Filed |
|-------|--------------------|----------|-------------------|
| 98 | Channel James | 2011 | 05/29/12 |
| 99 | Roxanne D. Lettsome | 2011 | 05/26/12 |

in violation of Title 18, United States Code, Section 1028A(a)(1).

USA vs Benjamin, Et. Al., 2016/_____
USAO No: 2012R363
Indictment Page 21

## COUNTS 100 - 104
## (Theft of Government Money)

From January 2011 to March 2012 at St. Croix, in the District of the Virgin

Islands and elsewhere, the defendant,

## NICOLETTE ALEXANDER,

while aided and abetted by others, did: a) steal United States currency, of the

value of in excess of $1,000.00 as described in the chart below, of the goods and

property of the United States; and b) willfully and knowingly receive, conceal and

retain stolen property of the United States, that is, United States currency of a

value in excess of $1,000.00 as described in the chart below, with intent to

convert said property to her own use, Nicolette Alexander then knowing said

property to have been stolen, to wit: by filing, and causing to be filed, false tax

returns in the name of others, directing the refunds to be deposited in her Banco

Popular account (i.e., 195-059963) and withdrawing such funds,

| Count | Taxpayer Name Used | Tax Year | Refund Amount | Date of Refund Deposit |
|-------|--------------------|----------|---------------|------------------------|
| 100 | Akima Alguero | 2010 | $4,117.00 | 10/07/11 |
| 101 | Daniel Nicolas | 2010 | $4,017.00 | 10/07/11 |
| 102 | Akima Alguero | 2011 | $3,159.00 | 02/03/12 |
| 103 | Daniel Nicolas | 2011 | $3,122.00 | 02/03/12 |
| 104 | Reuben Allen | 2011 | $3,122.00 | 03/07/12 |
| | Total | | $17,537.00 | |

in violation of Title 18, United States Code, Section 641.

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 22

## COUNTS 105 - 108
## (Aggravated Identity Theft)

From January 2011 to July 2012 at St. Croix, in the District of the Virgin

Islands and elsewhere, the defendant,

## NICOLETTE ALEXANDER

while aided and abetted by others, did knowingly use, without lawful authority, a

means of identification of another person, that is, their name and social security

number, during and in relation to a felony violation of 18 U.S.C. § 641, knowing

that the means of identification belonged to another actual person, as detailed in

the chart below, to wit: by filing and causing to be filed false tax returns in the

name, and with the social security numbers, of others,

| Count | Taxpayer Name Used | Tax Year | Date Return Filed |
|-------|--------------------|----------|-------------------|
| 105 | Akima Alguero | 2010 | 09/26/11 |
| 106 | Akima Alguero | 2011 | 01/26/12 |
| 107 | Reuben Allen | 2011 | 02/17/12 |
| 108 | Daniel Nicholas | 2011 | 01/26/12 |

in violation of Title 18, United States Code, Section 1028A(a)(1).

USA vs Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment Page 23

## COUNTS 109 - 115
## (Theft of Government Money)

From January 2011 to May 2012 at St. Croix, in the District of the Virgin

Islands and elsewhere, the defendant,

## SHEBA RASHIDA YOUNG,

while aided and abetted by others, did: a) steal United States currency, of the

value of in excess of $1,000.00 as described in the chart below, of the goods and

property of the United States; and b) willfully and knowingly receive, conceal and

retain stolen property of the United States, that is, United States currency of a

value in excess of $1,000.00 as described in the chart below, with intent to

convert said property to her own use, Sheba Young then knowing said property to

have been stolen, to wit: by filing, and causing to be filed, false tax returns in her

name and the name of others, directing the refunds to be deposited in her Banco

Popular accounts (i.e., 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 re Counts 110 to 114, 116 and 590-293408

re Count 115), and withdrawing such funds,

| Count | Taxpayer Name Used | Tax Year | Refund Amount | Date of Refund Deposit |
|---|---|---|---|---|
| 109 | Marcia Gumbs | 2010 | $8,538.00 | 09/16/11 |
| 110 | Carla Carrion | 2010 | $5,172.00 | 09/16/11 |
| 111 | Carmencita Bess | 2010 | $2,854.00 | 09/23/11 |
| 112 | Camille Francis | 2010 | $2,854.00 | 10/14/11 |
| 113 | Angela Sanes | 2010 | $5,172.00 | 10/14/11 |
| 114 | Sheba Young | 2011 | $8,502.00 | 02/29/12 |
| 115 | Kishamaria Byron | 2011 | $3,994.00 | 05/23/12 |
| | Total | | $37,086.00 | |

in violation of Title 18, United States Code, Section 641.

USA vs Benjamin, Et. Al., 2016/_____
USAO No: 2012R363
Indictment Page 24

## COUNTS 116 - 119
### (Aggravated Identity Theft)

From January 2012 to July 2012 at St. Croix, in the District of the Virgin Islands and elsewhere, the defendant,

### SHEBA RASHIDA YOUNG

while aided and abetted by others, did knowingly use, without lawful authority, a means of identification of another person, that is, their name and social security number, during and in relation to a felony violation of 18 U.S.C. § 641, knowing that the means of identification belonged to another actual person, as detailed in the chart below, to wit: by filing and causing to be filed false tax returns in the name, and with the social security numbers, of others,

| Count | Taxpayer Name Used | Tax Year | Date Return Filed |
|-------|-------------------|----------|-------------------|
| 116 | Angela Sanes | 2010 | 09/30/11 |
| 117 | Camille Francis | 2010 | 09/30/11 |
| 118 | Kishamaria Byron | 2011 | 05/15/12 |
| 119 | Betty Young | 2011 | 03/0112 |

in violation of Title 18, United States Code, Section 1028A(a)(1).

USA v Benjamin, Et. Al., 2016/____
USAO No: 2012R363
Indictment
Page 27

The Grand Jury returned a TRUE BILL

RONALD W. SHARPE
UNITED STATES ATTORNEY

BY: _____

ALPHONSO G. ANDREWS, JR.
Assistant U.S. Attorney

DISTRICT COURT OF THE VIRGIN ISLANDS: September 15, 2016

Returned into the District Court by Grand Jurors and filed.

GEORGE W. CANNON
United States Magistrate